UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Labed,

Plaintiff(s),

v.

Innventure, Inc. et al,

Defendant(s).

26-CV-7377 (DEH)

**ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS**

DALE E. HO, United States District Judge:

On August 28, 2026, Plaintiff filed a putative class action on behalf of persons and entities that purchased or otherwise acquired Innventure securities between November 17, 2025 and August 13, 2026. Docket No. 1. ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

It is hereby ORDERED that **no later than September 25, 2026**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

SO ORDERED.

Dated: September 2, 2026
New York, New York

DALE E. HO
United States District Judge