UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raled Labed,

Plaintiff,

Jacopo Zani,

Movant,

Thomas Magloczki,

Movant,

Peter Holck, Tor Holck,

Movants,

Thomas R. Greiner,

Movant,

Mark Hogan,

Movant,

H. Robert Holmes,

Movant,

v.

Innventure, Inc.,

Defendants.

26-CV-7377 (DEH)

ORDER SETTING HEARING AND BRIEFING SCHEDULE REGARDING APPOINTMENT OF LEAD PLAINTIFF

DALE E. HO, United States District Judge:

On December 4, 2025, Plaintiff filed this putative class action "on behalf of persons and entities that purchased or otherwise acquired Innventure securities between November 17, 2025 and August 13, 2026." Compl. ¶ 1, ECF No. 1. The complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Plaintiff published the required notice advising members of the purported class on August 28, 2026. *See* ECF No. 6. Motions to appoint lead plaintiff were due on October 27, 2026. Six such motions were filed. *See* ECF Nos. 12, 15, 16, 21, 22, 27.

It is hereby ORDERED that counsel for the moving parties appear for a conference with the Court on **November 16, 2026** at **2:00 p.m.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

In advance of the November 16, 2026 hearing, the parties are ORDERED to file any opposition to a motion for appointment of lead plaintiff on or before **November 10, 2026**. The briefing shall be in the form of a letter not to exceed five pages. Any letter in reply, not to exceed three pages, must be filed on or before **November 12, 2026** at **5:00 p.m.**

SO ORDERED.

Dated: October 29, 2026
New York, New York

DALE E. HO
United States District Judge